*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




# MEMORANDUM OPINION

No. 04-11-00296-CR

Valentine **HALE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9120W
Honorable Mary D. Roman, Judge Presiding

Opinion by: Catherine Stone, Chief Justice

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Rebecca Simmons, Justice

Delivered and Filed: December 14, 2011

AFFIRMED

Based on Valentine Hale's plea of true to violating the terms of his community supervision, the trial court revoked Hale's community supervision and sentenced him to five years imprisonment. Hale's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Counsel provided Hale with a copy of the brief and informed him of his right to review the record and file his own brief. *See Nichols v. State*, 954

S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).  Hale did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit.  The judgment of the trial court is affirmed.  Appellate counsel's request to withdraw is granted.  *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.  No substitute counsel will be appointed.  Should Hale wish to seek further review of this case by the Texas Court of Criminal Appeals, Hale must either retain an attorney to file a petition for discretionary review or Hale must file a *pro se* petition for discretionary review.  Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court.  *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals.  *See* TEX. R. APP. P. 68.3.  Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 68.4.

Catherine Stone, Chief Justice

DO NOT PUBLISH